UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22440-CIV-LENARD/GARBER

**MARIA ANTONIA IBARRA**

       Plaintiff,

vs.

**MICHAEL J. ASTRUE**,

       Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 24), GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (D.E. 18) AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (D.E. 16)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Barry L. Garber ("Report," D.E. 24), issued on February 23, 2011. In his Report, Magistrate Judge Garber recommends Plaintiff Maria Antonia Ibarra's Motion for Summary Judgment (D.E. 18) be granted and Defendant Michael J. Astrue's Motion for Summary Judgment (D.E. 16) be denied. (Report at 6.) Specifically, the Report finds that the Administrative Law Judge who denied Plaintiff's application for disability benefits erred by relying on post-hearing statements from Plaintiff's treating physician without allowing her the opportunity to review and rebut the statements or cross-examine the physician. (*Id*.) The Report also provides fourteen (14) days for the parties to file objections. (*Id*. at 7.) To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d

1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 24), issued on February 23, 2011, is **ADOPTED.**

2. Plaintiff Maria Antonia Ibarra's Motion for Summary Judgment (D.E. 18), filed on October 2, 2009, is **GRANTED**.

3. Defendant Michael J. Astrue's Motion for Summary Judgment (D.E. 16), filed on October 1, 2009, is **DENIED**.

4. The October 17, 2007 decision of the Administrative Law Judge is **REVERSED** and this action is **REMANDED** for re-determination of Plaintiff's application for disability benefits consistent with the Report (as adopted in this Order). The Clerk of this Court shall take all necessary action to transfer this Case to the appropriate office of the Social Security Administration.

5. This Case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of March, 2011.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**